IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE
CONCORD  DIVISION

LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 5-15-06 FOR MAILING.
INMATES INITIALS 5-15-06

VINCENT F. RIVERA # 578548,
FLORIDA STATE PRISON,

--VS--    PLAINTIFF(S)/PETITIONER(S),

V. NEW HAMPSHIRE DEPT OF CORRS.,
CRAIG BENSON, GOVERNOR, WILLIAM
M. GARDNER, SEC. OF STATE, KELLY
A. AYOTTE, ATTY. GEN., MICHAEL A.
ABLOWICH, TREASURER, U.S. SENATOR
JOHN SUNUNU, PERSONALLY & OFFICIALLY,
ET AL.,    DEFENDANTS - RESPONDENTS.

CS. NO.  1:06-fp-189-

COMPLAINT - JURY
TRIAL DEMANDED

JURISDICTION : 18 USC § 3576
VENUE : 28 USC § 1391

PLAINTIFF(S)/PETITIONER(S) SUES THE ABOVE-NAMED DEFENDANTS - RE-
SPONDENTS, AND ALLEGES:

COUNT - i

DEPRIVATION OF CIVIL RIGHTS 42 USC §§
1973 i(a), 1983, 1985(3) & 1997(d) & (e), FOR
VIOLATIONS OF PLAINTIFF(S)/PETITIONER(S) RIGHTS UN-
DER THE 1ST, 4TH, 5TH, 8TH, 10TH, 13TH, 14TH, 15TH
& 24TH AMDTS TO THE U.S. CONST.

COUNT - ii

UNLAWFUL, CONSPIRACY TO DENY PLAINTIFF(S)-
PETITIONER(S) FEDERAL CONSTITUTIONAL RIGHTS.

COUNT - iii

FRAUDULENT CONCEALMENT OF A CORPORATE
PROFITEERING SCHEME IN VIOLATION OF THE SHERMAN
ANTITRUST ACT, 15 USC §§ 1 & 2.

COUNT - iv

UNLAWFUL ENFORCEMENT OF GOVERNMENT-IN-THE-SUN-
SHINE POLICY UNDER ADMINISTRATIVE PROCEDURE ACT
GUIDELINES, 5 USC § 555(a) & THE 'PUBLIC RECORDS ACT

COUNT - V

PENDENT STATE CLAIM FOR WIRE FRAUD IN VIOLATION
OF N.H. REV. STAT. ANN. § 570-A.1, ET SEQ (2005).

* * * *

1/ 28 USC § 1733.

Pg 1 of

STATEMENT OF FACTS

1. ADMINISTRATIVE RECORDS SPECIALISTS OF THE NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS (NH DOC) PIRATE THE SOCIAL SECURITY NUMBERS (SSNs) OF INCARCERATED FELONS; AND USE THE FALSE SSNs TO FLESHOUT "PHANTOM EMPLOYEES" (PEs).

2. THE PEs ARE ASSIGNED CARETAKERS WHO ARE USUALLY REGULAR DUTY PRISON PERSONNEL. PERSONS RESPONSIBLE FOR ADDING TO THE PEs' BOGUS CREDENTIALS BY APPLYING FOR DRIVER'S LICENSES, NRA GUN CLUB MEMBERSHIP, BANK LOANS (AUTO, STUDENT, CREDIT CARD, 2ND MORTGAGE, HOME IMPROVEMENT, BUSINESS, ETC.), LIBRARY CARDS, INSURANCE COVERAGE, SUBSIDIZED HOUSING & UTILITIES, ETC.

3. THE PEs ARE HIRED TO FILL SUCH POSITIONS AS PRISON DOCTOR, NURSE, CHAPLAIN, ADMIN. SEC'Y, LIBRARY AIDE, CORRECTIONAL OFFICER, ETC. WITH SALARIES RANGING FROM $25K - $95K. THEIR BOGUS TIME SHEETS ARE APPROVED BY PRISON SUPERVISORY OFFICIALS AT 2-WEEK INTERVALS (TO MAKE CERTAIN EMPLOYEES ARE ACTUALLY WORKING THE HOURS COUNTED), AND PROCESSED THROUGH THE STATE TREASURER'S OFFICE OR THE MEMBERS FDIC CONTRACTING WITH (NH DOC) - VIZ: FIRST BOSTON CREDIT SUISSE, CITIGROUP INC., CHASE MAN-HATTAN BANK, JP MORGAN CHASE BANK, US BANCORP, MBNA BANK, FIRSTAR, USDA FOOD STAMPS (7 USC § 2024).

4. THE FALSE TIME SHEETS ARE USED BY THE PEs &/OR CARETAKERS TO OB-TAIN US TREASURY NOTES/FEDERAL RESERVE NOTES BY ILLEGAL MEANS. AND THUS, CONSTITUTE A VIOLATION OF FEDERAL FALSE STATEMENT GUIDELINE PURSUANT TO 18 USC § 1001, 18 USC § 1014, 20 USC § 1097, & 28 USC § 1746 (TAMPERING WITH OFFICIAL GOVERNMENT RECORDS THROUGH FALSE STATE-MENTS; HAS THE SAME PRACTICAL EFFECT AS FALSIFICATION OF PUBLIC RECORDS BY A PUBLIC AGENCY. AND SINCE THE FALSIFIED INFORMATION IS MADE AVAILABLE TO THE GENERAL PUBLIC; SUCH PRACTICES REFLECT AN UNREASONABLE SEIZURE OF "PUBLIC PROPERTY BY AN ADMINISTRATIVE BODY. THE BEFORE MENTIONED PROPERTY BEING TRUE AND CORRECT INFORMATION).

5. OBTAINING U.S. TREASURY NOTES/FEDERAL RESERVE NOTES UNDER A PRE-TEXT CONSTITUTES BANKING FRAUD (18 USC § 1344). ENDORSEMENT OF PAYROLL CHECKS ISSUED TO NON-PERSONS (PEs) CONSTITUTES FORGERY (18 USC § 495). ONCE THE PEs' PAYCHECKS HAVE BEEN CASHED OR DEPOSITED INTO THEIR BANK ACCOUNTS, THE ILLEGAL FUNDS ARE USED TO CREATE A "SLUSH FUND" FOR POLITICAL DONATIONS AND BRIBES (LOBBYISTS).

6. THE PEs BOGUS CREDENTIALS ARE SUBMITTED TO COUNTY ELECTION SUPER-VISORS, WHO CHECK FOR ELIGIBILITY AGAINST THE STATE'S FELON - DISENFRANCHISEMENT /DISQUALIFICATION LIST. ONCE CLEARED THE PEs ARE ADDED TO VOTER REGISTRATION ROLLS. THUS, CREATING A SECRET ARMY OF "SKELETON VOTERS." THESE FACTS PERTAIN TO A STATE-TO-STATE GOVERNMENT OPERATION AIMED AT SUBVERTING THE ELECTORAL PROCESS THROUGH BALLOT-STUFFING. FLORIDA IS THE MODEL FOR ALL 50-STATES.

RELIEF SOUGHT

THE NATURE OF RELIEF SOUGHT IN THIS ACTION IS AS FOLLOWS:

A.) AN AWARD OF MONEY DAMAGES IN THE AMOUNT OF SEVENTY FIVE BILLION DOLLARS ($75,000,000,000.00) IN US CURRENCY &/OR EU EUROS AT THE CURRENT RATE OF EXCHANGE;

2. CREDIT APPLICATION FRAUD IN VIOLATION OF BOTH THE FAIR CREDIT REPORTING ACT, 15 USC § 1681, AND THE FAIR AND ACCURATE CREDIT REPORTING ACT OF 2005 (FACRA). BUT

B.) AN ORDER ENJOINING DEFENDANTS-RESPONDENTS FROM ENGAGING IN ANY ADDITIONAL VIOLATIONS OF PLAINTIFFS/PETITIONER(S) CONSTITUTIONAL RIGHTS, INCLUDING WITHOUT LIMITATION, VIOLATIONS OF THE VIOTING RIGHTS ACT OF 1965, 42 USC § 1973(c), AND THE ORGANIZED CRIME CONTROL ACT OF 1970, 18 USC § 3576;

C.) AN ORDER DECLARING THE RIGHTS OF THE PARTIES,

D.) AN AWARD OF COSTS AND EXPENSES, INCLUDING WITHOUT LIMITATION, REASONABLE ATTORNEY'S FEES, AND, AN ORDER

E.) GRANTING TO PLAINTIFFS/PETITIONER(S) SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEM JUST.

DATED:    RAIFORD, FLORIDA
          MAY 15 2006

RESPECTFULLY SUBMITTED

VINCENT F. RIVERA, 318 SW8
FLORIDA STATE PRISON
7819 NW 228TH STREET
RAIFORD FLORIDA 32026

CF. U.S. NAT. BANK OF OR. V. INDEPENDENT INS. AGTS., 113 S.CT. 2173 (1993) (APPLYING THE NATIONAL BANK ACT (NBA) AND THE BANK HOLDING COMPANY ACT.). SEE ALSO BECK V. DELOITTE & TOUCHE, 144 F. 3d 732 (11TH CIR. 1998).

PG 3 OF

# Complaints and Other Initiating Documents

3:06-cv-00106-RRB Rivera v. Murkowski et al

*Suitable for cross reference index purposes*

## U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from entered on 5/9/2006 at 2:49 PM ADT and filed on 5/5/2006

**Case Name:**          Rivera v. Murkowski et al
**Case Number:**      3:06-cv-106
**Filer:**                    Vincent F. Rivera
**Document Number:** 1

**Docket Text:**
COMPLAINT-JURY TRIAL DEMANDED against Frank M. Murkowski, Lisa Murkowski, Ted Stevens, Walter Lamar, Bureau of Indian Affairs, Alaska Department of Corrections , filed by Vincent F. Rivera. (Attachments: # (1) Request for administrative remedy or appeal)(PXS)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/9/2006] [FileNumber=91626-0] [
4e5fbc43d3cb90fcc2b305963b8f397883e77f2a98b30a74e6513adcf2e0271b94156f
3a90bbfbbf9a7dca83661a9f72e2dc79eeab48328d57962d9433ee377f]]
**Document description:** Request for administrative remedy or appeal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/9/2006] [FileNumber=91626-1] [
0160654011fe9203843144cde84e5b0acfce8e7a4cfe6d00dbe12f3fcbe3198c10f01a
f1ee5aaa2b6c90aad82b806bdb0b648b7102eeaa571c0f8c069cc21f81]]

**3:06-cv-106 Notice will be electronically mailed to:**

**3:06-cv-106 Notice will be delivered by other means to:**

Vincent F. Rivera
518548
Florida State Prison
7819 NW 228th St
Raiford, FL 32026