UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Vincent F. Rivera
#518548
Florida State Prison
7819 NW 228th St
Raiford, FL 32026

## ORDER - FILING FEE OMITTED

In re: File No. 1:06-fp-189, Vincent F. Rivera v. New Hampshire Department of Corrections, et al

The above-captioned action was received by the court on 5/19/06, but items necessary to docket the case were not included. Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by 7/20/06.

**Filing Fee**. Filing fee in the amount of $350, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, Diners Club, or American Express). The court does not accept personal checks.

- O R -

**In Forma Pauperis**. If in forma pauperis status is sought:

- Certificate of Custodial Institution (USDCNH-14 or substantially similar filing) completed by an official at the institution
- Financial Declaration (USDCNH-15 or substantially similar filing)

This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.

By the Court,

/s/ Janice E. Boucher
May 19, 2006                             Janice E. Boucher
                                         Deputy Clerk